FILED

08 FEB 27 PM 4:54

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

'08 CR 0552 JM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
| Plaintiff, | ) ) | I N D I C T M E N T |
| v. | ) ) | Title 8, U.S.C., Sec. 1324(a)(2)(B)(ii) - Bringing in Illegal Aliens for Financial Gain; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) - Bringing in Illegal Aliens Without Presentation; Title 8, U.S.C., Sec. 1324(a)(1)(A)(iv) - Inducing and Encouraging Illegal Aliens to Enter the United States; Title 8, U.S.C., Secs. 1326(a) and (b) - Attempted Entry After Deportation |
| RAFAEL PEREZ-SALAS, | ) ) | |
| Defendant. | ) ) | |

The grand jury charges:

Count 1

On or about March 14, 2007, within the Southern District of California, defendant RAFAEL PEREZ-SALAS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Roberto Lucatero-Mendoza, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

PJM:em:San Diego
2/26/08

Count 2

On or about March 14, 2007, within the Southern District of California, defendant RAFAEL PEREZ-SALAS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Roberto Lucatero-Mendoza, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

Count 3

On or about November 8, 2007, within the Southern District of California, defendant RAFAEL PEREZ-SALAS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Alfredo Diaz-Perez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

Count 4

On or about November 8, 2007, within the Southern District of California, defendant RAFAEL PEREZ-SALAS, with the intent to violate the immigration laws of the United States, did encourage and induce an alien, namely, Alfredo Diaz-Perez, to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that
//

such coming to, entry and residence in the United States is and will be in violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv).

### Count 5

On or about February 16, 2008, within the Southern District of California, defendant RAFAEL PEREZ-SALAS, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Hilda Aguilar-Ramirez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

### Count 6

On or about February 16, 2008, within the Southern District of California, defendant RAFAEL PEREZ-SALAS, with the intent to violate the immigration laws of the United States, did encourage and induce an alien, namely, Hilda Aguilar-Ramirez, to come to, enter and reside in the United States, knowing and in reckless disregard of the fact that such coming to, entry and residence in the United States is and will be in violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv).

//
//
//
//
//

Count 7

On or about February 16, 2008, within the Southern District of California, defendant RAFAEL PEREZ-SALAS, an alien, knowingly and intentionally attempted to enter the United States of America with the purpose, i.e., conscious desire, to enter the United States without the express consent of the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, after having been previously excluded, deported and removed from the United States to Mexico, and not having obtained said express consent to reapply for admission thereto; and committed an overt act to wit, crossing the border from Mexico into the United States, that was a substantial step toward committing the offense, all in violation of Title 8, United States Code, Sections 1326(a) and (b).

It is further alleged that defendant RAFAEL PEREZ-SALAS was removed from the United States subsequent to September 17, 1997.

DATED: February 27, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
PETER J. MAZZA
Assistant U.S. Attorney