1  **LEILA W. MORGAN**
   California State Bar No. 232874
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5030
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: Leila_Morgan@fd.org

5  Attorneys for Mr. Perez-Salas

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10             **(HONORABLE JEFFREY T. MILLER)**

| UNITED STATES OF AMERICA, | ) | Case No. 08CR0552-JTM |
|---|---|---|
| Plaintiff, | ) | DATE: December 10, 2007 |
|  | ) | TIME:  9:00 a.m. |
| v. | ) |  |
|  | ) | NOTICE OF MOTIONS AND MOTIONS: |
| **RAFAEL PEREZ-SALAS** | ) |  |
|  | ) | (1)  TO COMPEL DISCOVERY; |
| Defendant. | ) | (2)  TO GRANT LEAVE TO FILE |
|  | ) |      FURTHER MOTIONS. |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
      PETER MAZZA, ASSISTANT UNITED STATES ATTORNEY:

   PLEASE TAKE NOTICE that on April 4, 2008, at 11:00 a.m., or as soon thereafter as counsel may be heard, the defendant, Rafael Perez-Salas, by and through his counsel, Leila W. Morgan, and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

## **MOTIONS**

   The defendant, Rafael Perez-Salas, by and through his attorneys, Leila W. Morgan, and Federal Defenders of San Diego, Inc., pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this

Court for an order to:

    1)    Compel discovery; and
    2)    Grant leave to file further motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, and all other materials that may come to this Court's attention at the time of the hearing on these motions.

                            Respectfully submitted,

DATED: April 3, 2008                  /s/ *Leila W. Morgan*
                                      **LEILA W. MORGAN**
                                      Federal Defenders of San Diego, Inc.
                                      Attorneys for Mr. Perez-Salas
                                      Leila_Morgan@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

Peter J. Mazza
U S Attorneys Office Southern District of California
Criminal Division
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)235-2757
Email: Peter.Mazza@usdoj.gov

Dated: April 3, 2008         /s/  Leila W. Morgan
                             LEILA W. MORGAN
                             Federal Defenders
                             225 Broadway, Suite 900
                             San Diego, CA 92101-5030
                             (619) 234-8467  (tel)
                             (619) 687-2666  (fax)
                             Leila_Morgan@fd.org