1  KAREN P. HEWITT
   United States Attorney
2  PETER J. MAZZA
   Assistant U.S. Attorney
3  California State Bar No. 239918
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California  92101-8893
5  Telephone: (619) 557-5528
   Peter.Mazza@usdoj.gov
6
   Attorneys for Plaintiff
7  UNITED STATES OF AMERICA

8

9                    UNITED STATES DISTRICT COURT

10                  SOUTHERN DISTRICT OF CALIFORNIA

11
   UNITED STATES OF AMERICA,    )   CASE NO.  08CR0552-JM
12                              )
                                )   DATE:      April 23, 2008
13         Plaintiff,            )   TIME:      11:00 a.m.
                                )
14                              )   GOVERNMENT'S NOTICE OF MOTION AND
           v.                   )   MOTION FOR RECIPROCAL DISCOVERY AND
15                              )   FOR FINGERPRINT EXEMPLARS
                                )
16 RAFAEL PEREZ-SALAS,          )
                                )
17                              )
           Defendant.           )
18                              )
   _____)
19 _____
   ____
20
                           NOTICE OF MOTION
21
       TO:   Leila Morgan, Esq., counsel for Defendant, Rafael Perez-
22           Salas

23
       PLEASE TAKE NOTICE  that on Wednesday, April 23, 2008, at 11:00
24
   p.m., or as soon thereafter as counsel may be heard, plaintiff,
25
   UNITED STATES OF AMERICA, by and through its counsel, Karen P.
26
   Hewitt, United States Attorney, and Peter J. Mazza, Assistant United
27
   States Attorney, will move the court for an order granting the
28

Government's Motions for Reciprocal Discovery and Fingerprint Exemplars.

### MOTION

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, KAREN P. HEWITT, United States Attorney, and Peter J. Mazza, Assistant United States Attorney, will hereby move the court for an order granting the Government's Motions for Reciprocal Discovery and for Fingerprint Exemplars.

DATED:    April 16, 2008.

    Respectfully submitted,
KAREN P. HEWITT
United States Attorney

/s/ Peter J. Mazza
PETER J. MAZZA
Assistant United States Attorney
Attorneys for Plaintiff
United States of America
Email: Peter.Mazza@usdoj.gov